Mike A. Ortega
Powley & Gibson, P.C.
60 Hudson St., Suite 2203
New York, NY 10013
(212) 226-5054

*Counsel for Plaintiff,*
*Yangjiang Xinte Sports Technology*
*Products Co., Ltd.*

Jeffrey L. Snow
Pryor Cashman LLP
7 Times Square
New York, NY 10036-6569
(212) 326-0425

*Counsel for Defendant*
*Telebrands Corp.*

Joseph L. Johnson (admitted *pro hac vice*)
A. Justin Poplin (admitted *pro hac vice*)
Hissan Anis (admitted *pro hac vice*)
Avek IP, LLC
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
(913) 303-3841

So Ordered this 4th day of October 2024.

ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Yangjiang Xinte Sports Technology Products Co., Ltd., <br><br> Plaintiff, <br> v. <br><br> Telebrands Corp., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 3:24-cv-08626-ZNQ-JBD <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Yangjiang Xinte Sports Technology Products Co., Ltd., hereby notifies this

Court that the Plaintiff voluntarily dismisses without prejudice the Complaint against Defendant Telebrands Corp.

Dated: October 3, 2024

*Of Counsel:*

Joseph L. Johnson (admitted *pro hac vice*)
A. Justin Poplin (admitted *pro hac vice*)
Hissan Anis (admitted *pro hac vice*)
Avek IP, LLC
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
(913) 303-3841

Respectfully submitted,

/s/ Mike A. Ortega

Mike A. Ortega
Powley & Gibson, P.C.
60 Hudson St., Suite 2203
New York, NY 10013
(212) 226-5054

*Counsel for Plaintiff,
Yangjiang Xinte Sports Technology
Products Co., Ltd.*